UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY KENNEDY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELLO, Warden,<br><br>　　　　　Respondent. | Case No. 16-cv-01686-YGR (PR)<br><br>**JUDGMENT** |

　　　　For the reasons set forth in this Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

　　　　IT IS SO ORDERED.

Dated: March 11, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　United States District Judge